# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| LIU YONG DONG, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION 09-0303-KD-M |
| ERIC HOLDER, JANET NAPOLITANO, | ) |
| CHRISTOPHER SHANAHAN, and | ) |
| TOMMY BUFORD, | ) |
| | ) |
| Respondents. | ) |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge dated August 10, 2009 and made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this Petition is **DENIED** as **MOOT** (Docs. 1, 4) and that this action is **DISMISSED.**

**DONE** and **ORDERED** this the **9th** day of **September 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**